IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FLETCHER L. MALCOLM,[1] | § | |
| | § | |
| Respondent Below, | § | No. 114, 2023 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| LANE M. MALCOLM, | § | File No. CN22-03080 |
| | § | Petition No. 22-11646 |
| Petitioner Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: June 23, 2023
Decided: June 26, 2023

## ORDER

The appellant filed a notice of appeal on April 3, 2023. The Court issued a briefing schedule on the following day; the opening brief was due by May 19, 2023. On May 22, 2023, Court staff sent a brief delinquency letter to the appellant. On June 5, 2023, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief. On June 21, 2023, the Court received the certified mail receipt indicating that the notice to show cause had been delivered on June 12, 2023. The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice